Sabrina Kong, SBN 168951
MENDES & MOUNT LLP
445 S. Figueroa Street
38th Floor
Los Angeles, California 90071
Phone: 213-955-7700
Fax: 213-955-7725
E-mail: sabrina.kong@mendes.com

Theodore Kobus, SBN 73034 (PA)
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4717
Phone: (215) 575-2713
Fax: (215) 575-0856
E-mail: tjkobus@mdwcg.com

*Attorneys for Defendants IKEA U.S. West, Inc., et al.*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNTER, | ) CASE NO.: SACV-10-0296-PA |
| | ) (PLAx) |
| Plaintiff, | ) |
| v. | ) |
| | ) [~~PROPOSED~~] ORDER |
| IKEA U.S. WEST, INC., et al., | ) |
| | ) NOTE CHANGES MADE BY THE COURT |
| Defendants | ) |

**WHEREAS,** the parties herein believe that disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted;

| | |
|---|---|
| 1 | **WHEREAS,** the parties herein entered into a Stipulated Protective Order, a copy of which is attached hereto as Exhibit A and also filed under Docket No. 87. |
| 2 | |
| 3 | **IT IS HEREBY ORDERED AND DECREED** that the Stipulated Protective Order is hereby GRANTED and its terms will be entered in this matter as stipulated, as modified by the Court. |
| 4 | |
| 5 | |

Date: 12/27/10

_____
The Honorable Percy Anderson

Case No.: SACV-10-0296-PA

2

[PROPOSED] ORDER