**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>IKEA U.S. WEST, INC.; IKEA DISTRIBUTION SERVICES, INC.; IKEA NORTH AMERICA CAPITAL, INC.; IKEA PROPERTY INC.; IKEA SUPPLY AG; IKEA U.S. GENERAL PARTNER, INC.; and DOES 1 through 100,<br><br>    Defendants. | CASE NO: 8:10-CV-296 PA (PLAx)<br><br>HON. PERCY ANDERSON<br>DEPT ROOM 15<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>COMPLAINT FILED: March 10, 2010<br>TRIAL DATE: March 15, 2011 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that in consideration of the Stipulation of Dismissal filed by the parties herein and **GOOD CAUSE APPEARING THEREFOR:**

//

//

1 **IT IS HEREBY ORDERED** that the instant matter is DISMISSED with
2 prejudice.

3 **IT IS FURTHER ORDERED** that all parties shall bear their own attorney's
4 fees and costs.

6 **IT IS SO ORDERED:**

8 DATED: January _7__, 2011    _____
  
9 PERCY ANDERSON
  Honorable Judge of the United States District Court